## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

| | |
|---|---|
| FELICA LIVINGSTON, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SMITH, GAMBRELL & RUSSELL, INTERNATIONAL LLP, a Georgia Limited Liability Partnership,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-00958-JPB<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Felica Livingston hereby voluntarily dismisses this action without prejudice.

Dated: May 31, 2023

                          By:   /s/ Laura Van Note
                                  Laura Van Note, Esq. (CA S.B. #322725)
                                  **COLE & VAN NOTE**
                                  555 12th Street, Suite 1725
                                  Oakland, California 94607
                                  Telephone:  (510) 891-9800
                                  Facsimile:   (510) 891-7030
                                  Email:         lvn@colevannote.com

                                  Attorneys for Representative Plaintiff
                                  and the Plaintiff Class(es)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

/s/ Laura Van Note

Laura Van Note
